## UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 14, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Mac East, LLC    vs.  Shoney's Inc.
Civil Action No.  2:05-cv-1038(W)

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:05-cv-1038(F).   This new case number should be used on all future correspondence and pleadings in this action.