IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MAC EAST, LLC, an Alabama Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHONEY'S, INC., a Tennessee Corporation,<br><br>Defendant. | CIVIL ACTION NO.:<br>2:05-CV-1038(F) |

## SHONEY'S, LLC'S MOTION FOR LEAVE TO AMEND ANSWER

COMES NOW Defendant Shoney's, LLC ("Shoney's"), a Tennessee limited liability company, as successor-in-interest to Shoney's, Inc. and, pursuant to Rule 15 of the Federal Rules of Civil Procedure, moves this Court for leave to amend its Answer as follows:

1. Shoney's filed its Answer in this action on November 4, 2005.

2. Shoney's seeks leave to amend its Answer to clarify certain responses contained therein and to include additional factual responses.

WHEREFORE, premises considered, Shoney's respectfully requests leave to file the attached First Amendment to Answer.

s/ Paul O. Woodall, Jr.
Paul O. Woodall, Jr.
Middle District I.D. No. ASB-6012-N61J

James N. Nolan
Middle District I.D. No. ASB-4297-O59P
Attorneys for Defendant

OF COUNSEL:
**WALSTON, WELLS & BIRCHALL, LLP**
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## **CERTIFICATE OF SERVICE**

 I hereby certify that on February 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following:

Dennis R. Bailey, Esq.
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270

          _s/ Paul O. Woodall, Jr._
          OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MAC EAST, LLC, an Alabama Limited Liability Corporation, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-1038(F)<br>) |
| SHONEY'S, INC., a Tennessee Corporation, | )<br>)<br>) |
| Defendant. | ) |

**FIRST AMENDMENT TO ANSWER**

COMES NOW the Defendant, Shoney's, LLC ("**Shoney's**"), a Tennessee limited liability company, as successor-in-interest to Shoney's, Inc., and hereby amends its Answer by deleting its responses in Paragraphs 18 and 32 thereof in their entirety and substituting the following in lieu thereof, respectively:

"18. Shoney's admits that it requested a copy of the proposed sublease between MAC and City Café; Shoney's denies that MAC provided Shoney's with a copy of a proposed sublease on May 9, 2005, and Shoney's demands strict proof thereof; Shoney's admits that it did receive a purported sublease on May 23, 2005, but is without information or knowledge sufficient to admit or deny whether the terms of such purported sublease contained the terms of a proposed sublease between MAC and City Café, and it is therefore denied, and Shoney's demands strict proof thereof."

"32. Shoney's denies the allegations contained in Paragraph 32 of the Complaint and demands strict proof thereof."

Except as expressly modified by this First Amendment to Answer, all of the statements and defenses set forth in the Answer shall remain in full force and effect. Shoney's reserves the right to further amend its Answer to assert such other affirmative or supplemental defenses as may become available or apparent during the course of discovery in this matter.

s/ Paul O. Woodall, Jr.
Paul O. Woodall, Jr.
Middle District I.D. No. ASB-6012-N61J

James N. Nolan
Middle District I.D. No. ASB-4297-O59P

Attorneys for Defendant

OF COUNSEL:
**WALSTON, WELLS & BIRCHALL, LLP**
1819 5th Avenue North
Suite 1100
Birmingham, AL 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

 I hereby certify that on February 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following:

Dennis R. Bailey, Esq.
RUSHTON, STAKELY, JOHNSON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270

This the ___ day of _____, 2006.


            s/ Paul O. Woodall, Jr._____
            OF COUNSEL