IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAC EAST, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1038-MEF |
| | ) | |
| SHONEY'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Amend/Correct Answer (Doc. #7) filed on February 22, 2006, it is hereby

ORDERED that the plaintiff show cause in writing on or before March 8, 2006 as to why the motion should not be granted.

DONE this the 1st day of March, 2006.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE