# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MAC East, LLC,<br>an Alabama Limited Liability<br>Corporation,<br><br>    **PLAINTIFF**<br><br>vs.<br><br>SHONEY'S INC.,<br>a Tennessee corporation,<br><br>    **DEFENDANT** | <br><br><br><br><br><br>CASE NO. 2:05-cv-1038-MEF |

## NOTICE OF APPEARANCE

COMES NOW Bethany L. Bolger of the law firm Rushton, Stakely, Johnston & Garrett, P.A., and hereby gives the Court and parties notice of her appearance as additional counsel on behalf of Plaintiff MAC East, LLC. The parties are requested to serve copies of all further pleadings and discovery materials in this action on the undersigned plaintiff counsel.

                                      Respectfully submitted,

                                      */s/ Bethany L. Bolger*
                                      Dennis R. Bailey (744845)
                                      Bethany L. Bolger (6740E60B)
                                      Attorneys for Plaintiff MAC East, LLC.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)
bbolger@rsjg.com (e-mail)

### CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the foregoing through the ECMF system which will serve a copy upon a copy of the foregoing document upon the following counsel of record on this the 18th day of April, 2006.

        Mr. James N. Nolan
        Mr. Paul O. Woodall, Jr.
        Walston, Wells & Birchall, LLP
        1819 Fifth Avenue North
        Suite 1100
        Birmingham, Alabama   35203


        */s/ Bethany L. Bolger*
        Of counsel