IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAC EAST, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1038-MEF |
| | ) | |
| SHONEY'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Plaintiff's Motion to Amend/Correct Complaint (Doc. #12) filed on April 17, 2006, it is hereby

ORDERED that the motion is GRANTED. The Plaintiff shall have until April 28, 2006 to file its amended complaint.

DONE this the 25th day of April, 2006.

                                                                            /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE