# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| MAC East, LLC, <br> an Alabama Limited Liability <br> Corporation, <br><br> **PLAINTIFF,** <br><br> vs. <br><br> SHONEY'S LLC., <br> a Tennessee limited <br> liability company, <br><br> **DEFENDANT.** | <br><br><br><br><br><br> CASE NO. 2:05-cv-1038-MEF |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Comes now the Plaintiff and pursuant to Section 3 of the Scheduling Order [Doc. 6], hereby gives notice that on May 3, 2006, counsel for the parties conducted face-to-face settlement discussions. Counsel also discussed whether mediation would be of assistance. Plaintiff hereby gives notice that the parties were unable to reach a settlement of the matter and that they do not believe mediation would be fruitful at this time.

                                                                     __/s/ Dennis R. Bailey_____
                                                                      Dennis R. Bailey (744845)
                                                                      Bethany L. Bolger (6740E60B)
                                                                      Attorneys for Plaintiff MAC East, LLC.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

    I hereby certify that I have electronically filed the foregoing through the ECMF system which will serve a copy of the foregoing document upon the following counsel of record on this the 8th day of May 2006.

>Mr. James N. Nolan
>Mr. Paul O. Woodall, Jr.
>Walston, Wells & Birchall, LLP
>1819 Fifth Avenue North
>Suite 1100
>Birmingham, Alabama   35203

                                                  __/s/ Dennis R. Bailey_____
                                                  Of counsel