IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAC EAST, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1038-MEF |
| | ) | |
| SHONEY'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Upon consideration of the Plaintiff's Motion for Partial Summary Judgment (Doc. #14), filed on April 18, 2006, and the Defendant's Motion for Summary Judgment (Doc. #16), filed on April 18, 2006, it is hereby

ORDERED that the motions are to be submitted without oral argument on July 10, 2006.

It is further ORDERED that the parties opposing the respective motions shall file a brief and any evidentiary materials on or before June 30, 2006. Reply briefs are due from the proponents of each motion on or before July 10, 2006.

*The parties are advised that if they electronically file exhibits in support of or in opposition to these motions and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

Done this the 19th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE