# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MAC East, LLC,<br>an Alabama Limited Liability<br>Corporation,<br><br>    **PLAINTIFF**<br><br>vs.<br><br>**SHONEY'S INC.,**<br>a Tennessee corporation,<br><br>    **DEFENDANT** | **CASE NO. 2:05-cv-1038-MEF** |

## PLAINTIFF'S EXHIBIT LIST

Comes now Plaintiff and submits the following list of exhibits which may be introduced into evidence at the trial of the above-styled matter:



MAC0001  pg 1
Closing Statement: total net proceeds to Shoney's
Trial Exhibit #: 01
Exhibit #     : 01

PX02-001  pg 1
Proposed Sub Lease Agreement
Trial Exhibit #: 02
Exhibit #     : 02

PX03-001  pg 1
May 9, 2005 Letter to Donna Power from McClinton & Company
Trial Exhibit #: 03
Exhibit #     : 03

| | |
|---|---|
| PX04  pg 1<br>Shoney's Corporate Structure<br>Trial Exhibit #: 04<br>Exhibit #     : 04 |  |
| PX05-001  pg 1<br>Original Assignment Assumption of Lease<br>Trial Exhibit #: 05<br>Exhibit #     : 05 |  |
| MAC0002  pg 1<br>Recorded Assignment and Assumption of Lease<br>Trial Exhibit #: 06<br>Exhibit #     : 06 |  |
| PX07  pg 1<br>Voice mail transcript w/Donna Power w/tapes of conversation.<br>Trial Exhibit #: 07<br>Exhibit #     : 07 |  |
| PX08-001  pg 1<br>Landlord Consent to Assignment<br>Trial Exhibit #: 08<br>Exhibit #     : 08 |  |
| MAC0041  pg 1<br>May 23, 2005 Fax to Donna Power from Joan Surles<br>Trial Exhibit #: 09<br>Exhibit #     : 09 |  |
| PX10-001  pg 1<br>Exhibit A: Ground Lease<br>Trial Exhibit #: 10<br>Exhibit #     : 10 |  |
| MAC0072  pg 1<br>June 24, 2005 Letter to Shoney's Inc. from Jeff Blitz<br>Trial Exhibit #: 11<br>Exhibit #     : 11 |  |
| MAC0074  pg 1<br>May 9, 2005 Fed Ex to Donna Power from McClinton Files<br>Trial Exhibit #: 12<br>Exhibit #     : 12 |  |

| | |
|---|---|
| MAC0129  pg 1<br>May 6, 2005 Letter to Andy Theodorakis<br>Trial Exhibit #: 13<br>Exhibit #     : 13 |  |
| MAC0195  pg 1<br>April 7, 2005 Letter to Andy Theodorakis<br>Trial Exhibit #: 14<br>Exhibit #     : 14 |  |
| MAC0197  pg 1<br>Lease Information Sheet<br>Trial Exhibit #: 15<br>Exhibit #     : 15 |  |
| MAC0206  pg 1<br>Photos/Menus City Cafe<br>Trial Exhibit #: 16<br>Exhibit #     : 16 |  |
| MAC0212  pg 1<br>Building Available for Lease<br>Trial Exhibit #: 17<br>Exhibit #     : 17 |  |
| DX06-001  pg 1<br>Proposal to Sub-Lease Signed by Theodorakis<br>Trial Exhibit #: 18<br>Exhibit #     : 18 |  |
| PX18A1  pg 1<br>April 6 2005 Proposal<br>Trial Exhibit #: 18A<br>Exhibit #     : 18A |  |
| MAC223  pg 1<br>Insurance Quote for City Cafe<br>Trial Exhibit #: 19<br>Exhibit #     : 19 |  |
| PX20  pg 1<br>Out of Pocket Losses w/o Staff Time<br>Trial Exhibit #: 20<br>Exhibit #     : 20 |  |

Respectfully submitted this 20th day of December, 2006.

/s/ Dennis R. Bailey
Dennis R. Bailey (744845)
Attorney for Plaintiff MAC East, LLC.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 20th day of December, 2006.

Mr. James N. Nolan
Mr. Paul O. Woodall, Jr.
Walston, Wells & Birchall, LLP
1819 Fifth Avenue North
Suite 1100
Birmingham, Alabama   35203

/s/ Dennis R. Bailey
Of counsel