IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MAC East, LLC,<br>an Alabama Limited Liability<br>Corporation,<br><br>    **PLAINTIFF**<br><br>vs.<br><br>SHONEY'S INC.,<br>a Tennessee corporation,<br><br>    **DEFENDANT** | CASE NO. 2:05-cv-1038-MEF |

## PLAINTIFF'S WITNESS LIST

Comes now Plaintiff and submits the following list of witnesses who may be called to testify at the trial of the above-styled matter:

1. J. D. McClinton
2. Joan Surles
3. Matthew Coblentz
4. Letitia Henson
5. Donna Power (by deposition)
6. Robert Stetson (by deposition)
7. William D. Curtis
8. Andy Theodorakis
9. Jimmy Tselios

10. Any witness listed by any other party.

/s/ Dennis R. Bailey
Dennis R. Bailey (744845)
Attorney for Plaintiff MAC East, LLC.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 20th day of December, 2006.

Mr. James N. Nolan
Mr. Paul O. Woodall, Jr.
Walston, Wells & Birchall, LLP
1819 Fifth Avenue North
Suite 1100
Birmingham, Alabama   35203

/s/ Dennis R. Bailey
Of counsel
