IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MAC East, LLC,<br>an Alabama Limited Liability<br>Corporation,<br><br>    **PLAINTIFF**<br><br>vs.<br><br>SHONEY'S INC.,<br>a Tennessee corporation,<br><br>    **DEFENDANT** | CASE NO. 2:05-cv-1038-MEF |

**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY**

Comes now Plaintiff and designates the following deposition testimony which may be used at trial of the above matter:

1. Donna Powers:

Page 5:21 through 5:23
page 7:05 through 16:06
page 16:09 through 16:21
page 17:05 through 18:17
page 18:18 through 23:21
page 24:14 through 25:11
page 25:12 through 25:17
page 25:23 through 26:10
page 26:11 through 26:21
page 27:04 through 27:18
page 27:22 through 28:16
page 28:17 through 29:11
page 29:12 through 30:02
page 30:03 through 30:12
page 30:13 through 31:09
page 31:12 through 31:16

page 32:21 through 33:06
page 35:07 through 35:20
page 35:21 through 35:23
page 37:01 through 37:06
page 45:07 through 45:15
page 48:10 through 48:23
page 49:04 through 50:03
page 50:17 through 51:10
page 52:15 through 53:10
page 54:11 through 55:01
page 55:02 through 55:07
page 55:10 through 55:23
page 56:01 through 56:23
page 57:01 through 57:07
page 59:10 through 59:15
page 60:06 through 60:10

page 61:12 through 61:19
page 63:07 through 64:07
page 64:13 through 64:22
page 64:23 through 65:07
page 65:23 through 66:06
page 66:07 through 67:13
page 69:06 through 69:10
page 69:11 through 69:21
page 74:16 through 75:04

page 75:16 through 75:21
page 81:23 through 82:18
page 84:02 through 85:12
page 85:17 through 85:19
page 86:09 through 86:21
page 88:03 through 89:04
page 89:16 through 90:01
page 92:03 through 92:13
page 94:20 through 95:19

    2.    Robert Stetson:

Page 6:07 through 6:08
page 6:17 through 7:07
page 10:22 through 17:04
page 17:12 through 18:05
page 18:15 through 20:18
page 22:18 through 26:01
page 26:01 through 27:13
page 28:20 through 29:14
page 29:15 through 29:21
page 30:07 through 30:17
page 32:14 through 33:09
page 35:13 through 35:16
page 41:05 through 42:08
page 48:09 through 50:03
page 50:04 through 51:14
page 53:21 through 54:09
page 54:10 through 55:20
page 69:02 through 69:18
page 70:05 through 72:01

    Respectfully submitted this 20th day of December, 2006.

    s/ Dennis R. Bailey
    Dennis R. Bailey (744845)
    Attorney for Plaintiff MAC East, LLC.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 20th day of December, 2006.

>Mr. James N. Nolan
>Mr. Paul O. Woodall, Jr.
>Walston, Wells & Birchall, LLP
>1819 Fifth Avenue North
>Suite 1100
>Birmingham, Alabama   35203

>/s/ Dennis R. Bailey
>Of counsel

3