## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| MAC EAST, LLC, ) <br> an Alabama Limited Liability ) <br> Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> SHONEY'S, LLC, ) <br> a Tennessee limited liability company, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO.: <br> 2:05-CV-1038(F) |

### UNOPPOSED MOTION TO EXTEND DATE FOR EXCHANGE OF WITNESS LISTS, IDENTIFICATION OF DEPOSITION TESTIMONY AND FURNISHING OF EXHIBIT LISTS

COMES now the Defendant, Shoney's, LLC, and hereby moves this Court to extend the date for disclosure of witness lists, identification of deposition testimony and exchange of exhibit lists by one (1) day.

As grounds for its motion, the Defendant states as follows:

1. Pursuant to this Court's Amended Scheduling Order dated June 27, 2006, the parties are to exchange witness lists, identify relevant portions of deposition testimony expected to be used at trial, and furnish for copying and inspection exhibits and other tangible evidence to be used at trial, all on or before December 20, 2006.

2. Counsel for Defendant has had several absences in staff due to illness.

3. Counsel for Defendant has contacted counsel for Plaintiff, and has secured the agreement of Plaintiff's counsel not to oppose a one (1) day extension in which to make such disclosures, identifications and exchanges.

4.	The requested extension will not impact the trial date of this matter.

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully requests that this Court grant its unopposed motion and enter an Order extending the date on which witness lists, identification of deposition testimony and exchange of exhibits is due, from December 20, 2006 to December 21, 2006.

        s/ James N. Nolan
        James N. Nolan
        Middle District I.D. No. ASB-6012-N61J

        Paul O. Woodall, Jr.
        Middle District I.D. No. ASB-4297-O59P
        Attorneys for Defendant, Shoney's, LLC

OF COUNSEL
WALSTON, WELLS & BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following:

Dennis R. Bailey, Esq.
Bethany L. Bolger, Esq.
RUSHTON, STAKELY,
   JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270

        s/ James N. Nolan
        OF COUNSEL