IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAC EAST, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1038-MEF |
| | ) |
| SHONEY'S LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon considered of the Unopposed Motion to Extend Date for Exchange of Witness Lists, Identification of Deposition Testimony and Furnishing of Exhibit Lists (Doc. # 35) filed on December 20, 2006, it is hereby ORDERED that the Unopposed Motion (Doc. # 35) is GRANTED.

DONE this the 21st day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE