IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **MAC EAST, LLC,** ) | |
| an Alabama Limited Liability ) | |
| Corporation, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **2:05-CV-1038(F)** |
| ) | |
| **SHONEY'S, LLC,** ) | |
| a Tennessee limited liability company, ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S DESIGNATION OF DEPOSITION TESTIMONY

COMES NOW Defendant SHONEY'S, LLC ("Shoney's"), and designates the following deposition testimony which may be used at trial of the above matter:

1. Joan Surles:

Pages 6-56, and exhibits 1-7.
All pages/lines designated by plaintiff

2. Donna Power:

Page 100, lines 17-23.
Page 101, lines 1-13, 16-17.
All pages/lines designated by plaintiff.

3. Letitia Henson:

Pages 6, line 18 - Page 8, line 14.
Pages 9, line 9 - Page 14, line 20.
Pages 21, line 1 - Page 46, line 4.
Exhibit 1.
All pages/lines designated by plaintiff.

4. Matthew Coblentz:

Page 6, line 15 - Page 8, line 18.
Page 9, line 12 - 48, line 2.
All pages/lines designated by plaintiff.

5. Robert Stetson:

Page 70, line 6 - 72, line 1.
All pages/lines designated by plaintiff.

Respectfully submitted this 21st day of December, 2006.

/s/ Paul O. Woodall, Jr.
Paul O. Woodall, Jr.
Middle District I.D. No. ASB-4297-O59P

/s/ James N. Nolan
James N. Nolan
Middle District I.D. No. ASB-6012-N61

Attorneys for Defendant, Shoney's, LLC

OF COUNSEL
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following:

Dennis R. Bailey, Esq.
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270

                                        /s/ Paul O. Woodall, Jr.
                                        OF COUNSEL