## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MAC East, LLC, an Alabama Limited Liability Corporation, <br><br> **PLAINTIFF** <br><br> vs. <br><br> SHONEY'S INC., a Tennessee corporation, <br><br> **DEFENDANT** | <br><br><br><br><br><br> CASE NO. 2:05-cv-1038-MEF |

## PLAINTIFF'S DESIGNATION OF RESPONSIVE DEPOSITION TESTIMONY

Comes now Plaintiff and pursuant to Doc. 26, designates the following deposition testimony responsive to that designated by Defendant::

1. Donna Powers:

Page 101: Line 20 through 104:14

2. Robert Stetson:

Page 72: Lines 3-14

3. Letitia Henson:

Page 14: Line 21 through 15:03
Page 47:23 through 57:01

4. Matthew Coblentz:

Page 48: Line 15 through 51:09.

Respectfully submitted this 27th day of December, 2006.

s/ Dennis R. Bailey
Dennis R. Bailey (744845)
Attorney for Plaintiff MAC East, LLC.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the foregoing document with the E-Filing system of the Middle District of Alabama on this the 27th day of December, 2006, which shall in turn serve a copy upon:

>Mr. James N. Nolan
>Mr. Paul O. Woodall, Jr.
>Walston, Wells & Birchall, LLP
>1819 Fifth Avenue North
>Suite 1100
>Birmingham, Alabama   35203

/s/ Dennis R. Bailey
Of counsel