IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAC EAST, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1038-MEF |
| ) | |
| SHONEY'S, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED:

1. That jury selection and trial set for January 29, 2007 are continued until further order of the court.

2. That a hearing will be held on February 16, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama, to determine damages as to counts one (1) and two (2) of the amended complaint.

DONE this the 12th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE