IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAC EAST, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1038-MEF |
| ) | |
| SHONEY'S, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that the hearing to determine damages set for February 16, 2007 is continued to February 20, 2007 at 2:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama..

DONE this the 1st day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE