# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER                    AT MONTGOMERY, AL

DATE COMMENCED:  2/20/07                AT:   2:05 p.m.
DATE COMPLETED:  2/20/07                AT:   3:40 p.m.

MAC East, LLC.                §
                              §
vs.                           §   CV NO. 2:05CV1038-MEF
                              §
Shoney's Inc.                 §

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Dennis R. Bailey | | James N. Nolan |

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter
Josh Shapiro, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X )   Damages Hearing

2:05 p.m. -   Court convenes.
              Parties stipulate to all of plaintiff's exhibits being introduced into evidence without any objections.
              Plaintiff calls Matthew Coblitz to testify.
              Defense counsel begins cross-examination of witness.
              Plaintiff calls Joan Surles to testify.
              Defense counsel cross-examines witness.
              Plaintiff begins re-direct examination of witness.
              Plaintiff calls Laticia Hinson to testify.
              Defense counsel cross-examines witness.
              Defense counsel recalls Joan Surles to testify.
3:20 p.m. -   Court is in recess.
3:35 p.m. -   Court reconvenes.
3:40 p.m. -   Court is in recess.