| | PLAINTIFFS EXHIBITS<br><br>CA NO. 2:05CV1038-MEF | | | | MAC EAST, LLC.<br><br>vs<br><br>SHONEY'S INC. | | |
|---|---|---|---|---|---|---|---|
| **Damages Hearing of 2/20/07** | | | | | **PRESIDING JUDGE: MARK E. FULLER** | | |
| **exhibits maintained w/court file in separate binder** | | | | | **Court Reporter: Jimmy Dickens** | | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | |
| YES | 2-20-07 | 2-20-07 | 1 | Coblentz | | Closing Statement: total net proceeds to Shoney's | |
| YES | 2-20-07 | 2-20-07 | 5 | Coblentz | | Original Assignment Assumption of Lease | |
| YES | 2-20-07 | 2-20-07 | 7 | Coblentz | | Voice mail transcript w/Donna Power w/tapes of conversation | |
| YES | 2-20-07 | 2-20-07 | 9 | Coblentz | | 5/23/05 Fax to Donna Power from Joan Surles | |
| YES | 2-20-07 | 2-20-07 | 11 | Coblentz | | 6/24/05 Letter to Shoney's Inc. From Jeff Blitz | |
| YES | 2-20-07 | 2-20-07 | 12 | Coblentz | | 5/9/05 Fed Ex to Donna Power from McClinton Files | |
| YES | 2-20-07 | 2-20-07 | 13 | Coblentz | | 5/6/05 Letter to Andy Theodorakis | |
| YES | 2-20-07 | 2-20-07 | 14 | Coblentz | | 4/7/05 Letter to Andy Theodorakis | |
| YES | 2-20-07 | 2-20-07 | 15 | Coblentz | | Lease Information Sheet | |
| YES | 2-20-07 | 2-20-07 | 16 | Coblentz | | Photos/Menus City Cafe | |
| YES | 2-20-07 | 2-20-07 | 17 | Coblentz | | Building Available for Lease | |
| YES | 2-20-07 | 2-20-07 | 18 | Coblentz | | Proposal to Sub-Lease Signed by Theodorakis | |
| YES | 2-20-07 | 2-20-07 | 20 | Coblentz | | Out of Pocket Losses w/o Staff Time | |