| | DEFENDANTS EXHIBITS<br><br>CA NO. 2:05CV1038-MEF | | | MAC EAST, LLC.<br><br>vs<br><br>SHONEY'S INC. | | | |
|---|---|---|---|---|---|---|---|
| **Damages Hearing 2/20/07** | | | | **PRESIDING JUDGE: MARK E. FULLER** | | | |
| **exhibits maintained w/ court file in separate binder** | | | | **Court Reporter: Jimmy Dickens** | | | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | |
| YES | 2-20-07 | 2-20-07 | 1 | Surles | | Letter from Matthew Coblentz to Letitia Henson | |