IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAC East, LLC. | ) | |
| | ) | |
| | ) | |
| vs. | ) | CV NO. 2:05CV1038-MEF |
| | ) | |
| Shoney's Inc. | ) | Damages Hearing: - 2/20/07 |
| | | Before: Hon. Mark E. Fuller |

**WITNESS LIST**

PLAINTIFF                                                                DEFENDANT

Matthew Coblintz
Joan Surles
Laticia Hinson