IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAC EAST, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1038-MEF |
| ) | |
| SHONEY'S LLC, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

The Court's Order (Doc. # 44) entered on March 2, 2007 is hereby VACATED.

DONE this the 2nd day of March, 2007.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE