IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAC EAST, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1038-MEF |
| | ) |
| SHONEY'S LLC, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1)  Judgment be and is hereby ENTERED in favor of the plaintiff, Mac East, LLC, and against the defendant, Shoney's LLC, in the amount of seventy-eight thousand seven hundred thirty-two dollars and twenty-eight cents ($78,732.28), which sum is comprised of seventy-six thousand two hundred fifty-eight dollars and ninety-two cents ($76,258.92), plus interest thereon at the rate of 6% per annum from June 15, 2006.

(2) Costs are TAXED against the defendant, Shoney's LLC, for which execution may issue.

(3)  The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

DONE this the 2nd day of March, 2007.

/s/ Mark E. Fuller<br>CHIEF UNITED STATES DISTRICT JUDGE