IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MAC East, LLC,<br>an Alabama Limited Liability<br>Corporation, | \| | |
| PLAINTIFF, | \| | |
| vs. | \| | CASE NO. 2:05-cv-1038-MEF |
| SHONEY'S LLC.,<br>a Tennessee limited<br>liability company, | \| | |
| DEFENDANT. | \| | |

## AFFIDAVIT

STATE OF ALABAMA            |

COUNTY OF MONTGOMERY        |

This day personally appeared before me, the undersigned authority at law in and for the state and county aforesaid, DENNIS R. BAILEY, who after being by me first duly sworn stated and deposed upon his oath as follows:

My name is Dennis R. Bailey. I represent the plaintiff in the above matter. The following list of recoverable costs is accurate. These costs were incurred in the defense of this case and were actually and necessarily performed. Copies of invoices are attached hereto.

| Copies (1,268 at $0.20) | $ 253.60 |
|---|---|
| Outside copies (Pro Legal Copies) | 59.08 |
| Filing fees | 301.00 |
| Depositions (Donna Power, Robert Stetson, Joan Surles, Letitia Henson, Matthew Coblentz) | 1,209.65 |
| TOTAL COSTS | $1,823.33 |

Dennis R. Bailey

SWORN TO and subscribed before me this __7__ day of __March__ 2007.

Notary Public
My Commission Expires: __11/3/10__