3/5/2007

(2975-0079) vs. Shoneys
For Transactions Dated Through: 3/5/2007

## Cost Summary Report

| Case Number | Style | Description | Amount |
|---|---|---|---|
| 2975-0079 | vs. Shoneys | | |
| | | Long distance calls | $16.40 |
| | | Copies | $253.60 |
| | | Outside document copies | $59.08 |
| | | Fax expense | $14.00 |
| | | Meals | $89.00 |
| | | Delivery | $22.25 |
| | | Federal Express | $46.82 |
| | | Lexis research | $44.12 |
| | | Lexis Research | $112.18 |
| | | Filing Fees | $301.00 |
| | | Mileage to | $335.00 |
| | | Hotel | $165.97 |
| | | Parking | $6.00 |
| | | | **$1,465.42** |
| | | **Grand Total:** | **$1,465.42** |

**FREEDOM REPORTING, INC.**
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Dennis R Bailey
Rushton, Stakely, Johnston
  & Garrett
184 Commerce Street
PO Box 270 (36101-0270)
Montgomery, AL 36104

November 22, 2006

**Invoice#** 00019861

**Balance:**   $357.95

**Re:** MAC East, LLC vs. Shoney's, Inc.
NASHVILLE, TN/ 2:05-CV-1038-MEF
on 11/15/06 by Tara Staggs

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1/2 day | 60.00 |
| Original & copy: 73 pages | 222.65 |
| Exhibits/B & W: 89 pages | 31.15 |
| Condensed/concordance(s): | 10.00 |
| Ascii: | 10.00 |
| Depo Disk: | 15.00 |
| Postage: | 9.15 |
| E-trans @ n/c | |

Deponent:
Robert Stetson

P l e a s e   R e m i t   - - - >   Total Due:   $357.95

*All Invoices are due within 30 days of receipt*

**FREEDOM REPORTING, INC.**
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Dennis R Bailey
Rushton, Stakely, Johnston
 & Garrett
184 Commerce Street
PO Box 270 (36101-0270)
Montgomery, AL 36104

March 5, 2007

**Invoice#** 00015323

**Balance:**          $.00

Re: MAC East, an Alabama Limited Liability Corporation, Plaintif
    MONTGOMERY, AL/2:05-CV-1038-MEF
    on 06/27/06  *Billed* 07/07/06

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copy: 170 pages | 348.50 |
| Exhibits/B & W: 84 | 29.40 |
| Condensed/concordance: 3 | 30.00 |
| Postage: | 8.50 |

Deponent: Joan Surles-58
          Matthew Coblentz-54
          Letitia Henson-58

              Sub Total:        416.40
            - Payments/Credits:  416.40
P l e a s e   R e m i t  - - - >  Total Due:   $.00

*All Invoices are due within 30 days of receipt*

## FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

Dennis R Bailey
Rushton, Stakely, Johnston
  & Garrett
184 Commerce Street
PO Box 270 (36101-0270)
Montgomery, AL 36104

April 18, 2006

**Invoice#** 00009416

**Balance:**      $435.30

**Re:** MAC East, LLC vs Shoney's Inc
2:05-CV-1038-MEF
*on* 04/05/06 *by* Kelly Jackson

## Invoicing Information

| Charge Description | Amount |
|---|---|
| Per Diem: .5 | 60.00 |
| Original: 108 pages | 329.40 |
| Exhibits/B & W: 64 | 22.40 |
| Condensed/concordance @ N/C | |
| E-trans: pk@rsjg.com @ N/C | |
| Depo Disk | 15.00 |
| Postage | 8.50 |

Deponent:
  Donna Power

P l e a s e    R e m i t    - - - >    Total Due:     $435.30

*WE APPRECIATE YOU!*

Pro Legal Copies of Montgomery, Inc.

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|---|---|
| 8/24/2006 | 5781 |

**Bill To**

Rushton, Stakely, Johnston and Garrett
P. O. Box 270
Montgomery, Alabama 36104

| Terms | Ship |
|---|---|
| Net 15 | 8/24/2006 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 115 | I/B | Imaging - B&W | 0.10 | 11.50T |
| 1 | CD | CD Production | 5.95 | 5.95T |
|  |  | RE: 2975-79 |  |  |

Signature

| Sales Tax (10.0%) | $1.75 |
|---|---|
| **Total** | $19.20 |

# Invoice

..o Legal Copies of Montgomery, Inc.

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No.: 63-1271006

| Date | Invoice # |
|---|---|
| 8/22/2006 | 5772 |

**Bill To**

Rushton, Stakely, Johnston and Garrett
P. O. Box 270
Montgomery, Alabama 36104

| Terms | Ship |
|---|---|
| Net 15 | 8/22/2006 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 203 | I/B | Imaging - B&W | 0.10 | 20.30T |
| 8 | C11 | 8 1/2 x 11 Color Copies | 1.25 | 10.00T |
| 1 | CD | CD Production | 5.95 | 5.95T |
| | | Re: 2975-79 | | |

Signature

| Sales Tax (10.0%) | $3.63 |
|---|---|
| **Total** | $39.88 |