IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAC EAST, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1038-MEF |
| | ) | |
| SHONEY'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby ORDERED that this matter is set for a status conference on June 11, 2008 at 3:30 p.m. in the United States Courthouse, One Church Street, Suite A300, Montgomery, Alabama..

DONE this the 5th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE